RECEIVED
MAR 28 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-CR-017 |
| v. | INDICTMENT |
| VALERIA VENTURA RAMIREZ, | T. 18 U.S.C. § 1956(a)(2)(A) |
| | T. 18 U.S.C. § 1956(a)(2)(B)(i) |
| Defendant. | T. 18 U.S.C. § 1956(a)(2)(B)(ii) |
| | T. 18 U.S.C. § 1956(h) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Launder Money)**

From on or about an unknown date, but beginning at least as early as July of 2016, and continuing up to and including November of 2016, in the Southern District of Iowa and elsewhere, the Defendant, VALERIA VENTURA RAMIREZ, did knowingly combine, conspire, and agree with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956(h), to wit:

(a) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

(b) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, drug trafficking, from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the

proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); and

(c) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, drug trafficking, from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to avoid a transaction reporting requirement under Federal law, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(ii).

This is a violation of Title 18, United States Code, Section 1956(h).

**A TRUE BILL.**

/s/
FOREPERSON

Marc Krickbaum
United States Attorney

By: /s/
Jason T. Griess
Assistant United States Attorney